UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

DISCLOSURE STATEMENT
(CERTIFICATE OF INTEREST)

Case Name: Philip S. Okey

v.

Indianapolis Metropolitan Development Commission, et al.

Appeal No.: 25-_____ (to be assigned)

Pursuant to Circuit Rule 26.1 and Fed. R. App. P. 26.1, Appellant Philip S. Okey discloses the following corporate affiliations and financial interests:

Is Appellant a subsidiary of any publicly owned corporation? No

Does Appellant have any parent corporations? No

Is 10% or more of any stock of Appellant owned by a publicly owned corporation? No

Appellant has no corporate parent, subsidiary, or affiliate that has a financial interest in the outcome

of this appeal. No publicly owned corporation owns 10% or more of Appellant's stock. Appellant is an individual pro se litigant.

Dated: November 24, 2025



Philip S. Okey, Pro Se Appellant

6220 E. Southport Rd.

Indianapolis, IN 46237

317-719-6220 | psokey@gmail.com