# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 2, 2025

Before
JOHN Z. LEE, *Circuit Judge*

| No. 25-3160 | PHILIP SCOTT OKEY, <br>     Plaintiff - Appellant <br><br> v. <br><br> INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION, et al., <br>     Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02031-SEB-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Sarah Evans Barker ||

Upon consideration of the **EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL**, filed on December 2, 2025, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED** without prejudice to renewal after a decision on the motion for injunction pending appeal currently under advisement in the district court. See Fed. R. App. P. 8(a).

form name: **c7_Order_3J**     (form ID: **177**)