# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 4, 2025

*By the Court:*

| No. 25-3160 | PHILIP SCOTT OKEY,<br>          Plaintiff - Appellant<br><br>v.<br><br>INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION, et al.,<br>          Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02031-SEB-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker ||

A preliminary review of the short record suggests that the order appealed from may not be an appealable decision.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Rule 58 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1291; *Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266, 267 (7th Cir. 1988). In this case, appellant seeks to appeal the district court's order denying a request for a temporary restraining order. Unlike the refusal of an injunction, *see* 28 U.S.C. § 1292(a)(1), the denial of a temporary restraining order is not generally subject to appeal. *See Cnty., Mun. Employees' Supervisors' & Foremen's Union Loc. 1001 (Chicago Illinois) v. Laborers' Int'l Union of N. Am.*, 365 F.3d 576, 578 (7th Cir. 2004); *Geneva Assur. Syndicate, Inc. v. Med. Emergency Servs. Assocs. (MESA) S.C.*, 964 F.2d 599, 600 (7th Cir. 1992). Accordingly,

**IT IS ORDERED** that appellant shall file, on or before December 18, 2025, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.