# U.S. District Court

## Southern District of Indiana

**Notice of Electronic Filing**

The following transaction was entered on 12/09/2025 at 2:23:41 PM EST and filed on 12/09/2025

**Case Name:** OKEY v. INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION et al

**Case Number:** 1:25-cv-02031-SEB-KMB

**Filer:**

**Document Number:** 29 (No document attached)

**Docket Text:**
**RECEIPT #18426 for Appeal Fee fee in the amount of $605.00, paid by PHILIP OKEY. (JHS) Modified text on 12/9/2025 (JHS).**


**1:25-cv-02031-SEB-KMB Notice has been electronically mailed to:**

**1:25-cv-02031-SEB-KMB Notice has not been electronically mailed to:**

JOHN DOES 1-3


TRADEMARK CUSTOM HOMES, INC.


CARL MARK SIMION


Conor Lee Delehanty
Hoover Hull Turner, LLC
111 Monument Circle
Suite 4400

Indianapolis, IN 46204

MARK SIMION

Mathew Rayman
OFFICE OF CORPORATION COUNSEL
CITY OF INDIANAPOLIS
200 E. Washington Street
Suite 1601
Indianapolis, IN 46204

PHILIP SCOTT OKEY
6220 E. Southport Rd.
Southport, IN 46237

Riley H. Floyd
Hoover Hull Turner LLP
111 Monument Circle
Suite 4400
Indianapolis
Indianapolis, IN 46204

Sterling Satterfield
Office of Corporation Counsel
Litigation
200 E Washington St
Ste St 1601
Indianapolis, IN 46204