UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 25-3160

PHILIP SCOTT OKEY,

Appellant,

v.

**INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION;** )
**CONSOLIDATED CITY OF INDIANAPOLIS;** )
**MARK SIMION / TRADE MARK CUSTOM HOMES;** )
**JOHN DOES 1-3 (Indianapolis/Marion County Officials),** )
)

Appellees.

U.S.C.A. – 7th Circuit
RECEIVED
DEC 15 2025

MEMORANDUM IN RESPONSE TO ORDER REQUIRING JURISDICTIONAL

STATEMENT

(FRAP 28.1; 7th Cir. R. 28.1)

Appellant Philip Scott Okey, pro se, responds to the Court's December 4, 2025 order

questioning jurisdiction over the appeal from the district court's November 17, 2025

order denying a temporary restraining order (TRO) (Dkt. 16).

   1. The TRO denial is appealable under 28 U.S.C. § 1292(a)(1) because it was

      functionally a denial of preliminary injunctive relief. The district court analyzed

      the merits under the four-factor test (likelihood of success, irreparable harm,

page 1

balance of equities, public interest), citing Younger abstention and finding no likelihood of success on the §1983 claims. This is not a mere "ex parte" TRO but an order refusing to preserve the status quo pending full litigation (*Geneva Assur. Syndicate, Inc. v. Med. Emergency Servs. Assocs.*, 964 F.2d 599, 600 (7th Cir. 1992) (TRO denials appealable if they "effectively deny" injunction)).

2. The order causes irreparable harm by allowing ongoing destruction of property (e.g., $85,000 equipment seized, $1M+ assets threatened), making immediate appeal necessary (*Mitchum v. Foster*, 407 U.S. 225 (1972)).

3. Plaintiff notifies the Court that on December 2, 2025, the day this appeal was docketed in the Seventh Circuit DBNS mailed three citations created on the 25th of November, with a December 5 payment deadline. Plaintiff received them December 8, three days after the deadline (Exhibit F, citations and envelope). This is further evidence of retaliatory enforcement designed to manufacture non-compliance while federal proceedings are active. This is further evidence of bad-faith enforcement and the necessity of immediate appellate relief.

4. The bad-faith exception to Younger abstention confirms jurisdiction (*Ewell v. Toney*, 853 F.3d 911 (7th Cir. 2017)—appeal lies where state proceedings are harassing).

Appellant requests the appeal proceed. Briefing should resume.

Dated: 09 Decemeber, 2025

_[signature]_

Philip S. Okey

6220 E. Southport Rd.

Southport, IN 46237

## Certificate of Service

I certify that on 09 December, 2025, I served this Notice, Memorandum in Response to Order Requiring Jurisdictional Statement on all counsel of record via email as follows:

Riley L. Floyd (Counsel for Defendant Mark Simion)
rfloyd@hooverhullturner.com
Cherish Davis
CHDAVIS@hhcorp.org
cdavis@hhcorp.org
Michael Wehrwein
MWEHRWEIN@hhcorp.org
jahlbrand@HHCorp.org
DLAW@hhcorp.org
Rayman, Mathew
mathew.rayman2@indy.gov
Satterfield, Sterling
sterling.satterfield@indy.gov

_[signature]_

Philip S. Okey
09 December, 2025

## CITATION FOR ZONING ORDINANCE VIOLATION

CITY OF INDIANAPOLIS
DEPARTMENT OF BUSINESS & NEIGHBORHOOD SERVICES

**VIOLATION NUMBER:** VIO25-008234

**CITATION NUMBER:** CIT25-003448

NAME: PLUMP MONKEY FARM LLC C/O PHILIP S OKEY

ADDRESS: 6220 E SOUTHPORT RD

CITY: INDIANAPOLIS   STATE: IN   ZIP CODE: 46237

*RECIEVED 8 DEC 2025*

VIOLATION: Revised Code Section 740-1005 Junk Trash Debris / A.3

DATE OF VIOLATION: 11/25/2025

LOCATION OF VIOLATION: 6220 E SOUTHPORT RD

NATURE OF VIOLATION:

FINE AMOUNT: $50.00

The outdoor storage of junk, trash, or debris in any zoning district, the provisions of which do not specifically permit such a use; (Buckets, tarps, indoor furniture, cardboard, scrap wood, scrap metal, televisions, electronics, blankets, laundry baskets, lamps, bottles, loose trash, and other miscellaneous items throughout the property).

DATE OF ISSUANCE: 11/26/2025   TIME OF ISSUANCE: 10:59 am

OFFICER'S SIGNATURE: *Basil Doll*

OFFICER'S TELEPHONE NUMBER: 463-217-1413

ENFORCEMENT AREA: Zoning Zone 6

OFFICER'S ID NUMBER: D5775

**How to Deny the Citation:** If you wish to deny this violation you must fill out and submit a 'Denial of Violation & Promise to Appear' form within 10 days of this notice. You may pick up and submit the form at the **Department of Business & Neighborhood Services at 200 E. Washington St., Suite 107, Indianapolis, IN 46204** or submit it via email to BNS.PropertyInspections@indy.gov . This form is located online at www.indy.gov/activity/zoning-compliance .

**How to Pay the Citation and Admit the Violation:**

If you wish to pay and admit the violation, please sign below and enclose a copy of the citation with your payment. Please make checks payable to the "City of Indianapolis." To mail your payment or pay in person, send the signed citation along with your check or money order to the **Department of Business & Neighborhood Services, 200 E. Washington St., Suite 107, Indianapolis, IN 46204**. If you wish to pay online by credit card, you may do so through the Citizens Access Portal at https://permitsandcases.indy.gov/citizenAccess/ (surcharges may apply).

**Failure to Respond:**

If you fail to pay (admit) or deny the citation within ten (10) days from the date of this notice, you may be subject to an administrative or judicial proceeding and may be fined up to $2,500.

To avoid a late fee, you must pay or deny this citation within ten (10) days from the date of this violation. After ten (10) days, a late fee of $25.00 will be added to the penalty amount listed above pursuant to Section 103-53 of the Revised Code of the City of Indianapolis & Marion County.

Date _____   Signature _____

# CITATION FOR ZONING ORDINANCE VIOLATION

CITY OF INDIANAPOLIS
DEPARTMENT OF BUSINESS & NEIGHBORHOOD SERVICES

**VIOLATION NUMBER:** VIO25-008234              **CITATION NUMBER:** CIT25-003449

NAME:   PLUMP MONKEY FARM LLC C/O PHILIP S OKEY

ADDRESS:   6220 E SOUTHPORT RD

CITY: INDIANAPOLIS          STATE: IN          ZIP CODE: 46237

VIOLATION:   Revised Code Section 740-1005 Inoperable Vehicle(s) / A.4

DATE OF VIOLATION:   11/25/2025

LOCATION OF VIOLATION:   6220 E SOUTHPORT RD

NATURE OF VIOLATION:                                             **FINE AMOUNT: $50.00**

The outdoor storage of inoperable vehicles or vehicle parts in any zoning district, the provisions of which do not specifically permit such a use; (Vehicle tires, car seat, vehicle batteries, trailer with expired plate).

DATE OF ISSUANCE:   11/26/2025                    TIME OF ISSUANCE:   10:59 am

OFFICER'S SIGNATURE:   *Basil Doll*                OFFICER'S TELEPHONE NUMBER:   463-217-1413

ENFORCEMENT AREA:   Zoning Zone 6                 OFFICER'S ID NUMBER:   D5775

**How to Deny the Citation:** If you wish to deny this violation you must fill out and submit a 'Denial of Violation & Promise to Appear' form within 10 days of this notice. You may pick up and submit the form at the **Department of Business & Neighborhood Services at 200 E. Washington St., Suite 107, Indianapolis, IN 46204** or submit it via email to BNS.PropertyInspections@indy.gov . This form is located online at www.indy.gov/activity/zoning-compliance .

**How to Pay the Citation and Admit the Violation:**
If you wish to pay and admit the violation, please sign below and enclose a copy of the citation with your payment. Please make checks payable to the "City of Indianapolis." To mail your payment or pay in person, send the signed citation along with your check or money order to the **Department of Business & Neighborhood Services, 200 E. Washington St., Suite 107, Indianapolis, IN 46204**. If you wish to pay online by credit card, you may do so through the Citizens Access Portal at https://permitsandcases.indy.gov/citizenAccess/ (surcharges may apply).

**Failure to Respond:**
If you fail to pay (admit) or deny the citation within ten (10) days from the date of this notice, you may be subject to an administrative or judicial proceeding and may be fined up to $2,500.

To avoid a late fee, you must pay or deny this citation within ten (10) days from the date of this violation. After ten (10) days, a late fee of $25.00 will be added to the penalty amount listed above pursuant to Section 103-53 of the Revised Code of the City of Indianapolis & Marion County.

_____          _____
Date                                                                  Signature

# CITATION FOR ZONING ORDINANCE VIOLATION

CITY OF INDIANAPOLIS
DEPARTMENT OF BUSINESS & NEIGHBORHOOD SERVICES

**VIOLATION NUMBER:** VIO25-008234

**CITATION NUMBER:** CIT25-003450

**NAME:** PLUMP MONKEY FARM LLC C/O PHILIP S OKEY

**ADDRESS:** 6220 E SOUTHPORT RD

**CITY:** INDIANAPOLIS    **STATE:** IN    **ZIP CODE:** 46237

**VIOLATION:** Revised Code Section 740-1005 Commercial Vehicle(s) / A.5

**DATE OF VIOLATION:** 11/25/2025

**LOCATION OF VIOLATION:** 6220 E SOUTHPORT RD

**NATURE OF VIOLATION:**

**FINE AMOUNT:** $50.00

The parking or storage of a commercial vehicle in any zoning district, when the provisions of which do not specifically permit such a use; (Vehicle, regardless of weight, used or designed to be used as a forklift).

**DATE OF ISSUANCE:** 11/26/2025    **TIME OF ISSUANCE:** 10:59 am

**OFFICER'S SIGNATURE:** *Basil Doll*    **OFFICER'S TELEPHONE NUMBER:** 463-217-1413

**ENFORCEMENT AREA:** Zoning Zone 6    **OFFICER'S ID NUMBER:** D5775

**How to Deny the Citation:** If you wish to deny this violation you must fill out and submit a 'Denial of Violation & Promise to Appear' form within 10 days of this notice. You may pick up and submit the form at the **Department of Business & Neighborhood Services at 200 E. Washington St., Suite 107, Indianapolis, IN 46204** or submit it via email to BNS.PropertyInspections@indy.gov. This form is located online at www.indy.gov/activity/zoning-compliance.

**How to Pay the Citation and Admit the Violation:**

If you wish to pay and admit the violation, please sign below and enclose a copy of the citation with your payment. Please make checks payable to the "City of Indianapolis." To mail your payment or pay in person, send the signed citation along with your check or money order to the **Department of Business & Neighborhood Services, 200 E. Washington St., Suite 107, Indianapolis, IN 46204**. If you wish to pay online by credit card, you may do so through the Citizens Access Portal at https://permitsandcases.indy.gov/citizenAccess/ (surcharges may apply).

**Failure to Respond:**

If you fail to pay (admit) or deny the citation within ten (10) days from the date of this notice, you may be subject to an administrative or judicial proceeding and may be fined up to $2,500.

To avoid a late fee, you must pay or deny this citation within ten (10) days from the date of this violation. After ten (10) days, a late fee of $25.00 will be added to the penalty amount listed above pursuant to Section 103-53 of the Revised Code of the City of Indianapolis & Marion County.

Date _____    Signature _____

## CITATION FOR ZONING ORDINANCE VIOLATION

CITY OF INDIANAPOLIS
DEPARTMENT OF BUSINESS & NEIGHBORHOOD SERVICES

**VIOLATION NUMBER:** VIO25-008234            **CITATION NUMBER:** CIT25-003451

NAME: PLUMP MONKEY FARM LLC C/O PHILIP S OKEY

ADDRESS: 6220 E SOUTHPORT RD

CITY: INDIANAPOLIS      STATE: IN      ZIP CODE: 46237

VIOLATION: Revised Code Section 740-1005 Non-permitted Use  / A.7

DATE OF VIOLATION: 11/25/2025

LOCATION OF VIOLATION: 6220 E SOUTHPORT RD

NATURE OF VIOLATION:                                    **FINE AMOUNT: $50.00**

The conduct of any activity in a zoning district, not specifically enumerated as a permitted primary or accessory use in that zoning district; (Table 743-1: - Outdoor storage and operations is not a permitted accessory use in a D-1 zoning district... Sink, windows, appliances, shingles, engine hoist, air compressor, surface grinder, mirrors, plywood, lumber, toolboxes, pipes, lawnmowers, industrial liquid containers, lawnmower parts, farm equipment, electrical boxes, nozzle systems, culvert, dollies, wellhead cover, merchandise cage, fire extinguishers, vehicle jacks, portable steam distillation unit, construction materials, fence panels, plastic totes, propane tanks), (Table 743-1: - A salvage yard/junk yard is not a permitted use in a D-1 zoning district), (Table 743-1: - Storage of a commercial dumpster is not a permitted accessory use in a D-1 zoning district).

DATE OF ISSUANCE: 11/26/2025                    TIME OF ISSUANCE: 10:59 am

OFFICER'S SIGNATURE: *Basil Doll*            OFFICER'S TELEPHONE NUMBER: 463-217-1413

ENFORCEMENT AREA: Zoning Zone 6              OFFICER'S ID NUMBER: D5775

**How to Deny the Citation:** If you wish to deny this violation you must fill out and submit a 'Denial of Violation & Promise to Appear' form within 10 days of this notice. You may pick up and submit the form at the **Department of Business & Neighborhood Services at 200 E. Washington St., Suite 107, Indianapolis, IN 46204** or submit it via email to BNS.PropertyInspections@indy.gov . This form is located online at www.indy.gov/activity/zoning-compliance .

**How to Pay the Citation and Admit the Violation:**

If you wish to pay and admit the violation, please sign below and enclose a copy of the citation with your payment. Please make checks payable to the "City of Indianapolis." To mail your payment or pay in person, send the signed citation along with your check or money order to the **Department of Business & Neighborhood Services, 200 E. Washington St., Suite 107, Indianapolis, IN 46204**. If you wish to pay online by credit card, you may do so through the Citizens Access Portal at https://permitsandcases.indy.gov/citizenAccess/ (surcharges may apply).

**Failure to Respond:**

If you fail to pay (admit) or deny the citation within ten (10) days from the date of this notice, you may be subject to an administrative or judicial proceeding and may be fined up to $2,500.

To avoid a late fee, you must pay or deny this citation within ten (10) days from the date of this violation. After ten (10) days, a late fee of $25.00 will be added to the penalty amount listed above pursuant to Section 103-53 of the Revised Code of the City of Indianapolis & Marion County.

_____          _____
Date                                                                               Signature

Case: 25-3160     Document: 9     Filed: 12/15/2025     Pages: 10



Philip S. Okey, pro se

6220 E. Southport Road

Indianapolis, IN 46237

317-719-6220 | psokey@gmail.com

December 09, 2025

Clerk of the Court

United States Court of Appeals for the Seventh Circuit

Everett McKinley Dirksen United States Courthouse

219 S. Dearborn Street, Room 2722

Chicago, IL 60604

Re: Okey v. Indianapolis Metropolitan Development Commission, et al.

No. 25-3160 (7th Cir.)

(Appeal from S.D. Ind. No. 1:25-cv-02031-SEB-KMB)

Dear Clerk,

Enclosed for filing please find the original and one copy of Appellant's Memorandum in Response to the Court's December 4, 2025 Jurisdictional Order (due December 18, 2025), together with Exhibits A through F.

This filing is submitted in compliance with the Court's order at Docket No. 7.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Philip S. Okey*

Philip S. Okey, pro se

Enclosures:

Memorandum

Exhibits F