IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PHILIP SCOTT OKEY,<br>　　　Plaintiff – Appellant<br><br>v.<br><br>INDIANAPOLIS METROPOLITAN<br>DEVELOPMENT COMMISSION, et al.<br>　　　Defendants – Appellees. | Appellate Case No. 25-3160 |

**CERTAIN DEFENDANTS' NOTICE OF INTENT NOT TO APPEAR**

　　Defendants Carl Mark Simion ("Simion") and Trademark Custom Homes, Inc. ("Trademark"), by counsel, respectfully submit this notice of their intent not to appear in this appeal. If the Court determines that participation by Simion or Trademark would be necessary, the undersigned counsel will appear on behalf of both Defendants.

　　The Plaintiff-Appellant's "Expanded Motion for Temporary Restraining Order" (the "TRO Motion") sought no relief against Simion or Trademark. *E.g.*, Dist. Ct. Dkt. 14 at 1 (seeking "a TRO to halt HHC fines, HHC/Department of Business and Neighborhood Services (DBNS) seizures and enforcement actions, and all City retaliation" and vacatur of "clean-and-lien order" in state proceeding). The District Court's Order denying the TRO Motion likewise did not order or deny any relief as to Simion or Trademark. *See generally* Dist. Ct. Dkt. 16. Accordingly, the putative appeal of the District Court's Order appears to raise no issue as to Simion or Trademark for which participation in this appeal by either Defendant would be necessary.

If the Court determines that participation by Defendant Simion or Trademark is necessary, the undersigned counsel will appear on behalf of both Defendant Simion and Trademark.

Accordingly, if the Court does not otherwise dismiss this appeal outright for lack of appellate jurisdiction, Defendants respectfully request the entry of an Order confirming that their participation in this appeal is not required.

                Respectfully submitted,

                */s/ Riley H. Floyd*
                Riley H. Floyd (Ind. Atty. No. 34014-29)
                HOOVER HULL TURNER LLP
                111 Monument Circle, Suite 4400
                Indianapolis, IN 46204
                rfloyd@hooverhullturner.com
                Tel.: 317.822.4400

                *Counsel for Defendants Simion and Trademark*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeal for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid to the following non-CM/ECF participants:

Philip Okey (Plaintiff-Appellant)
6220 E. Southport Road
Southport, IN 46237

/s/ *Riley H. Floyd*