# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 16, 2025

*By the Court:*

| | |
|---|---|
| No. 25-3160 | PHILIP SCOTT OKEY,<br>        Plaintiff - Appellant<br><br>v.<br><br>INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-02031-SEB-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker | |

**IT IS ORDERED** that any appellees who wish to do so shall file, on or before December 30, 2025, a response to appellant's jurisdictional memorandum, addressing the jurisdictional issue raised in the court's order of December 4, 2025.

form name: **c7_Order_BTC**    (form ID: **178**)