**IN THE
UNITED STATES COURT OF
APPEALS FOR THE SEVENTH
CIRCUIT**

**CASE NO. 25-3160**

---

| | |
|---|---|
| PHILIP SCOTT OKEY, | ) Appeal from the |
| | ) United States District Court |
| Appellant/Plaintiff, | ) for the Southern District of Indiana, |
| | ) Indianapolis Division |
| v. | ) |
| | ) |
| INDIANAPOLIS METROPOLITAN | ) |
| DEVELOPMENT COMMISION, | ) Trial Court Cause No.: |
| CONSOLIDATED CITY OF | ) 1:25-cv-02031-SEB-KMB |
| INDIANAPOLIS, MARK SIMION, | ) |
| TRADEMARK CUSTOM HOMES, INC., | ) |
| and JOHN DOES 1-3, | ) |
| | ) The Honorable |
| Appellees/Defendants. | ) Sarah Evans Barker |
| | ) |

**APPELLEES INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION
AND CONSOLIDATED CITY OF INDIANAPOLIS' JURISDICTIONAL STATEMENT**

The Indianapolis Metropolitan Development Commission and the Consolidated City of Indianapolis (collectively, "Appellees"), by counsel, and pursuant to Circuit Rule 3(c)(1), hereby state that the jurisdictional summary in Appellant Philip Scott Okey's docketing statement is incorrect and incomplete. Appellees therefore provide the following jurisdictional summary:

**I. DISTRICT COURT JURISDICTION**

1. Appellant filed suit in the district court as "Philip Scott Okey, Manager, Plump Monkey Farm, LLC." Plump Monkey Farm, LLC is a domestic limited liability company organized in the

State of Indiana,[1] and Indiana appears to be its principal place of business, with a principal office address of 6220 E. Southport Rd., Southport, IN, 46237.[2]

2. The United States District Court for the Southern District of Indiana maintains subject-matter jurisdiction under 28 U.S.C. § 1331 because the Complaint asserts federal claims under 42 U.S.C. § 1983. The district court also maintains supplemental jurisdiction under 28 U.S.C. § 1367 over related Indiana state-law claims.

## II.    COURT OF APPEALS JURISDICTION

3. Appellant has brought this appeal as "Philip S Okey, Pro Se [sic]," omitting any reference to his status as Manager of Plump Monkey Farm, LLC.[3]

4. The district court denied Appellant's request for a TRO on November 17, 2025. [Dkt. 16], after which Okey filed his notice of appeal on November 25, 2025. [Dkt. 22].

5. Denial of a TRO request does not constitute a final judgment, so this Court does not have jurisdiction under 28 U.S.C. § 1291.

6. The denial of a TRO is generally not an appealable interlocutory order. *See Geneva Assur. Syndicate, Inc. v. Med. Emergency Servs. Assocs. (MESA) S.C.,* 964 F.2d 599, 600 (7th Cir. 1992).

---

[1] Information obtained through the Indiana Secretary of State's public business entity search website, facts which are readily accessible online and which are subject to judicial notice. (https://inbiz.in.gov/BOS/PublicSearch/Search).

[2] Property records from the Marion County Assessor's Office show that 6220 E. Southport Rd. is owned by Plump Monkey Farm, LLC, a fact which is readily accessible online through https://maps.indy.gov/MapIndy/, and which is subject to judicial notice. (https://maps.indy.gov/AssessorPropertyCards.Reports.Service/ReportPage.aspx?ParcelNumber=3003200).

[3] While 28 U.S.C. § 1654 permits individuals to litigate their own individual claims *pro se,* it does not authorize a nonlawyer to represent a separate legal entity. An LLC may only appear in federal court, including on appeal, through counsel. *See United States v. Hagerman,* 545 F.3d 579, 580–82 (7th Cir. 2008) (dismissing appeal where a *pro se* individual attempted to litigate on behalf of an LLC). Appellant's district-court pleadings were filed in his capacity as Manager for Plump Monkey Farm LLC, the limited liability company that owns the property at issue in this lawsuit. [Dkt. 1, ¶ 8; Dkt. 17-1 at 10]. Appellant is not represented by counsel.

7. Because there is no final judgment or appealable interlocutory order, this appeal should be dismissed for lack of jurisdiction.

## III.     PRIOR OR RELATED APPELLATE PROCEEDINGS

8. There have been no prior or related appellate proceedings in this case.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Mathew M. Rayman*
Mathew M. Rayman (32120-49)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055 / F: (317) 327-3968
Mathew.Rayman2@indy.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing was electronically filed on this Tuesday, December 16, 2025.

Service of this filing will be made on all ECF-registered counsel by operation of the Court's

electronic filing system.

Riley H. Floyd (34014-29)
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
*Attorney for Defendant Mark Simion/*
*Trade Mark Custom Homes*

Service of this filing will be made on the following *pro se* party via US Mail, postage pre-paid:

Phillip Okey
6220 E. Southport Rd.
Southport, IN 46237
*Plaintiff (pro se)*

*/s/ Mathew M. Rayman*
Mathew M. Rayman (32120-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055 / F: (317) 327-3968
Mathew.Rayman2@indy.gov