# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: CIRCUIT RULE 31 / SPECIFIC PARTY SUBMISSION

December 17, 2025

*By the Court*:

| No. 25-3160 | PHILIP SCOTT OKEY,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>INDIANAPOLIS METROPOLITAN DEVELOPMENT COMMISSION, et al.,<br>　　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-02031-SEB-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker ||

The following is before the court: **CERTAIN DEFENDANTS' NOTICE OF INTENT NOT TO APPEAR**, filed on December 16, 2025, by counsel for the appellees Carl Mark Simion and Trademark Custom Homes, Inc.,

Appellees Carl Mark Simion and Trademark Custom Homes, Inc. have notified this court that they will not be participating in this appeal. Accordingly, this appeal will be submitted for decision without the filing of a brief by appellees Carl Mark Simion and Trademark Custom Homes, Inc. A copy of this order will be distributed to the assigned merits panel.

form name: **c7_Order_CR31d_Subm_Specific_Appellee**    (form ID: **175**)